UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

UNITED STATES OF AMERICA,

       Plaintiff,

v.

PATRICIA SUE BENORE,

       Defendant.

_____/

Case No. 1:06:CR:147

HON. GORDON J. QUIST

## **ORDER**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge filed September 1, 2006, is approved and adopted as the Opinion and Findings of this Court.

2. Defendant Patricia Sue Benore's pleas of guilty to Counts One, Two, Three, Four, and Five of the Indictment are accepted. Defendant Patricia Sue Benore is adjudicated guilty.

3. Defendant Patricia Sue Benore shall be detained pending sentencing.


Dated: September 18, 2006                                          /s/ Gordon J. Quist
                                                                                 GORDON J. QUIST
                                                                               UNITED STATES DISTRICT JUDGE